IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDWARD LEE COX, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 05-0526-M |
| BFS RETAIL AND COMMERCIAL OPERATIONS, LLC., *et al.*, | : |
| Defendants. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendants BFS Retail and Commercial Operations, LLC. and Ted Stuckey and against Plaintiff Edward Lee Cox.

DONE this 5th day of October, 2006.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE